**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 02-cr-00466-LTB-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL G. BERGMAN,

    Defendant.

---

ORDER TERMINATING SUPERVISED RELEASE

---

The court having been notified by the Probation Office that on July 7, 2008, the above-referenced defendant was declared deceased. It is, therefore,

ORDERED that the term of supervised release be terminated.

DATED at Denver, Colorado, this   16th   day of July, 2008.

                      BY THE COURT:

                      s/Lewis T. Babcock
                      LEWIS T. BABCOCK
                      Senior United States District Judge